No. 11–8995.   WALKER *v.* CLARKE, DIRECTOR, VIRGINIA DE-
PARTMENT OF CORRECTIONS.   C. A. 4th Cir.   Certiorari denied.

No. 11–8997.   WINTERS *v.* KANSAS DEPARTMENT OF SOCIAL
AND REHABILITATION SERVICES ET AL.   C. A. 10th Cir.   Certio-
rari denied.

No. 11–9000.   PEGUES *v.* PGW AUTO GLASS LLC ET AL.   C. A.
5th Cir.   Certiorari denied.

No. 11–9005.   REYES *v.* COURSEY, SUPERINTENDENT, EASTERN
OREGON CORRECTIONAL INSTITUTION.   C. A. 9th Cir.   Certio-
rari denied.

No. 11–9007.   JONES *v.* ILLINOIS.   App. Ct. Ill., 1st Dist.   Cer-
tiorari denied.

No. 11–9008.   BOBO *v.* COUNTRYWIDE HOME LOANS, INC.
C. A. 9th Cir.   Certiorari denied.

No. 11–9014.   BOLGAR *v.* GLEN DONALD APARTMENTS, INC.
Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 11–9015.   KORNEGAY *v.* NEW YORK STATE OFFICE OF
MENTAL HEALTH ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 11–9017.   MASSEY *v.* TUCKER, SECRETARY, FLORIDA DE-
PARTMENT OF CORRECTIONS, ET AL.   C. A. 11th Cir.   Certio-
rari denied.

No. 11–9021.   JONES *v.* LAPINA ET AL.   C. A. 3d Cir.   Certio-
rari denied.

No. 11–9026.   BRANSON *v.* CITY OF LOS ANGELES, CALIFORNIA,
ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 11–9030.   VICKERS *v.* LOPEZ, WARDEN.   C. A. 9th Cir.
Certiorari denied.

No. 11–9039.   BRISCOE *v.* SCRIBNER, WARDEN.   C. A. 9th Cir.
Certiorari denied.

No. 11–9046.   PENDLETON *v.* SOBINA, SUPERINTENDENT, STATE
CORRECTIONAL INSTITUTION AT ALBION, ET AL.   C. A. 3d Cir.
Certiorari denied.